Matter of McCants-Baskin v Mack (2025 NY Slip Op 07184)

Matter of McCants-Baskin v Mack

2025 NY Slip Op 07184

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, AND NOWAK, JJ.

926 CAF 24-00992

[*1]IN THE MATTER OF APRIL MCCANTS-BASKIN, PETITIONER-RESPONDENT-RESPONDENT,
v
DOCK MACK, RESPONDENT-PETITIONER-APPELLANT. 

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-PETITIONER-APPELLANT.
HAWTHORNE & VESPER, PLLC, BUFFALO (TINA M. HAWTHORNE OF COUNSEL), FOR PETITIONER-RESPONDENT-RESPONDENT. 
GARY MULDOON, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Thomas M. DiMillo, A.J.), dated May 10, 2024, in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner-respondent sole custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court